IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFANI DIAMOND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUREFIRE MANAGEMENT, LLC, et al.,<br><br>Defendants. | Civil Action No.: 2:25-cv-00190-PLD |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, APPROVAL OF PROPOSED CLASS NOTICE, AND <u>SCHEDULING OF A FINAL APPROVAL HEARING</u>**

Plaintiff Tifani Diamond ("Plaintiff"), by and through her undersigned counsel, individually and on behalf of the other members of the proposed Settlement Class[1], respectfully move the Court for (i) an order granting preliminary approval of the proposed settlement ("Settlement"), (ii) certification of the settlement class, (iii) appointment of class counsel, (iv) approval of proposed class notice, and (v) scheduling of a final approval hearing for the above captioned action pending in this Court. In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, Declaration of Gerald D. Wells, III, and exhibits thereto.

Dated: September 16, 2025

Respectfully submitted,

**LYNCH CARPENTER, LLP**

<u>/s/ Gerald D. Wells, III</u>
Gerald D. Wells, III (PA 88277)

---

[1] All capitalized terms used in this Motion shall have the meanings ascribed to them in the Settlement Agreement.

Gary Lynch (PA 56887)
Stephen E. Connolly (*pro hac vice* forthcoming)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
gary@lcllp.com
jerry@lcllp.com
steve@lcllp.com

***Counsel for the Plaintiff and the Proposed Classes***

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

>*/s/ Gerald D. Wells, III*
>Gerald D. Wells, III
>LYNCH CARPENTER LLP